# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In Re: § Case No. 21-10358-tmd
§
§
§ Chapter 11
WC 5th and Waller LLC §
§

## LIST OF CREDITORS VERIFICATION

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

Natin Paul, Authorized Representative                     May 4, 2021
_____                          _____
Debtor                                                     Date

_____                          _____
Joint Debtor                                               Date

WC 5th and Waller LLC
814 Lavaca Street
Austin, TX 78701

Mark H. Ralston
Fishman Jackson Ronquillo PLLC
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240

Office of the US Trustee
903 San Jacinto Boulevard
Room 230
Austin, TX 78701

501 Waller Lender, LLC
A. Lee Rigby
3500 Jefferson Street, Suite 330
Austin, Texas 78731

Geary Porter and Donovan PC
PO Box 700248
Dallas, TX 75370-0248

Manfred Sternberg & Associates PC
1700 Post Oak Blvd
Houston, Texas 77056

Waterloo Surveyors, Inc.
PO Box 160176
Austin, Texas 78716-0176

Alliance Tax Advisors
433 E Las Colinas Blvd
Irving, Texas 75039

City of Austin
PO Box 2267
Austin, Texas 78783-2267

5608573.1